COMMONWEALTH of Pennsylvania, Respondent

v.

Shawn N. FREEMORE, Petitioner

No. 615 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

William Jayuow CLARK, Petitioner

No. 307 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW**, this ·15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Douglas BRUNSON, Petitioner

No. 318 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

R.J.W., Petitioner